Pamela L. Kingsley (SBN 004226)
TIFFANY & BOSCO, P.A.
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-9239
Telephone:  (602) 255-6015
Facsimile:  (602) 255-0103
Email:  plk@tblaw.com
*Attorneys for Plaintiff Alexander Meyer*

Troy P. Foster (SBN 017229)
Megan N. Weides (SBN 033552)
THE FOSTER GROUP, PLLC
902 West McDowell Road
Phoenix, Arizona 85007
*Attorneys for Defendants Forgotten Rarities, LLC, Robert Joseph
Termini, Jr., and Brookelynn Ashlie Ralston*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Alexander Meyer, | No. CV-21-01063-PHX-DLR |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | (Assigned to the Honorable Douglas L. Rayes) |
| Forgotten Rarities LLC, an Arizona limited liability company; Robert Joseph Termini, Jr., and Brookelynn Ashlie Ralston, | |
| Defendants. | |

. . .

. . .

. . .

. . .

1

4QA6124.DOCX

Plaintiff Alexander Meyer and Defendants Forgotten Rarities LLC, Robert Joseph Termini, Jr., and Brookelynn Ashlie Ralston hereby notify the Court that the parties have agreed to settle this lawsuit.  The parties are in the process of drafting and finalizing the settlement papers and request 30 days in which to finalize the settlement and file the dismissal.

DATED this 22nd day of July, 2021.

**TIFFANY & BOSCO**
P.A.

By: */s/ Pamela L. Kingsley*
    Pamela L. Kingsley
    Seventh Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016-9239
    ***Attorneys for Plaintiff Alexander Meyer***

THE FOSTER GROUP, PLLC

By: */s/ Troy P. Foster (with permission)*
    Troy P. Foster
    Megan N. Weides
    902 West McDowell Road
    Phoenix, Arizona 85007
    ***Attorneys for Defendants Forgotten Rarities LLC, Robert Joseph Termini, Jr., and Brookelynn Ashlie Ralston***

4QA6124.DOCX

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have no knowledge of any non-CM/ECF participants on the Manual Notice list and, therefore, have not mailed the foregoing document or paper via the United States Postal Service to anyone.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:   /s/ Shari Hanger

4QA6124.DOCX